| | |
|---|---|
| United States District Court<br>Southern District of New York | 1:21-cv-09157 |

| |
|---|
| Anita Washington, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>    - against -<br><br>Uber Technologies, Inc.,<br><br>       Defendant |

Notice of Voluntary Dismissal

  Plaintiff gives notice that this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: January 27, 2022

                  Respectfully submitted,

                  Sheehan & Associates, P.C.
                  /s/Spencer Sheehan
                  Spencer Sheehan
                  spencer@spencersheehan.com
                  60 Cuttermill Rd Ste 409
                  Great Neck NY 11021
                  Tel: (516) 268-7080

2

## Certificate of Service

I certify that on January 27, 2022, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☒ | ☐ |
| Plaintiff's Counsel | ☐ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan