United States District Court
Southern District of New York                    1:21-cv-09157

| | |
|---|---|
| Anita Washington, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| - against - | Notice of Voluntary Dismissal |
| Uber Technologies, Inc., | |
| Defendant | |

Plaintiff gives notice that this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   January 27, 2022

Respectfully submitted,

Sheehan & Associates, P.C.
/s/Spencer Sheehan
Spencer Sheehan
spencer@spencersheehan.com
60 Cuttermill Rd Ste 409
Great Neck NY 11021
Tel: (516) 268-7080

SO ORDERED.

*PaulA.Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 27, 2022